FILED
CLERK, U.S. DISTRICT COURT

7/22/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | EDCR 5:25-CR-00246-JFW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1): Assaulting Certain Officers or Employees] |
| MARTIN NAVARRO, aka "Cumba," | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 111(a)(1)]

On or about May 7, 2025, in San Bernardino County, within the Central District of California, defendant MARTIN NAVARRO, also known as "Cumba," intentionally and forcibly assaulted, resisted, opposed impeded, intimidated, and interfered with victim T.G., while victim

//

//

//

T.G. was engaged in, and on account of, the performance of T.G.'s official duties.

                                         A TRUE BILL

                                         /S/
                                         Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

MATTHEW J. TAKO
Assistant United States Attorney
General Crimes Section