Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

**7/22/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

Case Number   5:25-CR-00246-JFW

Defendant Number   1

U.S.A. v.   Martin Navarro a/k/a "Cumba"

Year of Birth   1983

[✓] Indictment        [ ] Information

Investigative agency (FBI, DEA, etc.)   DHS-ICE

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   5/7/2025

c. County in which first offense occurred

San Bernardino

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[ ] Los Angeles        [ ] Ventura
[ ] Orange             [ ] Santa Barbara
[ ] Riverside          [ ] San Luis Obispo
[✓] San Bernardino     [ ] Other _____

Citation of Offense   18 USC 111(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No        [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:   7/16/2025

Case Number:   5:25-mj-00485

Assigned Judge:   Hon. Shashi H. Kewalramani

Charging:   18 USC 111(a)(1)

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:   DFPD Young Kim

Phone Number:   951-276-6346

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*        [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*        [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*        [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*        [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes        [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    [✓] YES    [ ] NO

IF YES, list language and/or dialect:

Spanish

**OTHER**

[✓] Male        [ ] Female

[ ] U.S. Citizen    [✓] Alien

Alias Name(s)    Cumba

This defendant is charged in:

[✓] All counts

[ ] Only counts:

[ ] This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?    [ ] Yes    [✓] No

IF YES, should matter be sealed?    [ ] Yes    [ ] No

The area(s) of substantive law that will be involved in this case include(s):

[ ] financial institution fraud    [ ] public corruption

[ ] government fraud              [ ] tax offenses

[ ] environmental issues          [ ] mail/wire fraud

[ ] narcotics offenses            [ ] immigration offenses

[✓] violent crimes/firearms       [ ] corporate fraud

[ ] Other

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?    [ ] Yes    [ ] No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:    [✓] State    [ ] Federal

b. Name of Institution:    SBCSD - Central Detention Center

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. [✓] Solely on this charge.  Date and time of arrest:

   7/17/2025 at approx. 9am

e. On another conviction:    [ ] Yes    [✓] No

   IF YES :    [ ] State    [ ] Federal    [ ] Writ of Issue

f. Awaiting trial on other charges:    [ ] Yes    [✓] No

   IF YES :    [ ] State    [ ] Federal    AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20    _____ 21    _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  N/A

Date    07/22/2025

Signature of Assistant U.S. Attorney

Matthew J. Tako

Print Name